UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IGOR BRIKMAN,

                Plaintiff,

-against-

WESTCHESTER MEDICAL CENTER ADVANCED PHYSICIAN SERVICES, P.C.; ANGELICA PONIROS; MAT GAWRONSKI; GABBIE FRIED,

                Defendants.

**ORDER OF SERVICE**

23-CV-10749 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, brings this action under the Court's federal question jurisdiction, asserting that Defendants discriminated against him on the basis of his national origin, age, and disabilities in violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967 ("ADEA"), the Americans with Disabilities Act of 1990 ("ADA"), the Family and Medical Leave Act of 1993 ("FMLA"), and the New York State and City Human Rights Laws ("NYSHRL"). Plaintiff paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Westchester Medical Center Advanced Physician Services, P.C.; Angelica Poniros; Mat Gawronski; and Gabbie Fried. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fees. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. Plaintiff may receive court documents by email by completing the attached form, [Consent to Electronic Service](#).[2]

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendants Westchester Medical Center Advanced Physician Services, P.C.; Angelica Poniros; Mat Gawronski; and Gabbie Fried. The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:   January 4, 2024
         White Plains, New York

_____
PHILIP M. HALPERN
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| Address | City | State | Zip Code |

| Telephone Number | E-mail Address |

| Date | Signature |

**Click Here to Save**