UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR BRIKMAN,

               Plaintiff,

        -against-

WESTCHESTER MEDICAL CENTER
ADVANCED PHYSICIAN SERVICES, P.C.,
as well as ANGELICA PONIROS, MAT
GAWRONSKI, and GABBIE FRIED,
individually,

               Defendants.

**ORDER**

23-CV-10749 (PMH)

PHILIP M. HALPERN, United States District Judge:

Igor Brikman ("Plaintiff"), proceeding *pro se*, commenced this action on December 8, 2023 (Doc. 1). Plaintiff paid the filing fee in this action on December 19, 2023. (*See* 1/2/2024 Dkt. Entry). The parties are proceeding in discovery pursuant to a Civil Case Discovery Plan and Scheduling Order. (Doc. 86).

Plaintiff, on December 27, 2025, filed an Application to Proceed without Prepaying Fees or Costs ("IFP Application"). (Doc. 87). The primary purpose of IFP status is to permit a plaintiff to proceed without prepayment of the filing fee. *See* 28 U.S.C. §§ 1914, 1915. Because the filing fee was paid already in 2023, Plaintiff's IFP Application is moot. *Button v. New York Times Co.*, No. 24-CV-05888, 2024 WL 4751363, at *1 (S.D.N.Y. Oct. 4, 2024).

Accordingly, Plaintiff's IFP Application is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED:**

Dated:    White Plains, New York
        January 2, 2026

_____

PHILIP M. HALPERN
United States District Judge

2