**Igor Brikman**
2410 Barker Ave, APT 13C
Bronx, NY 10467
Email: Igor_Brikman@yahoo.com
Phone: (917) 873-1438

**January 4, 2026**

**The Honorable Philip M. Halpern**
United States District Judge
Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

**Re: Letter Motion to Seal or Redact IFP Application (Dkt. 87)**

**Case No. 7:23-cv-10749 (PMH) - Brikman v. Westchester Medical Center Advanced Physician Services, P.C., et al.**

Dear Judge Halpern,

Plaintiff respectfully moves to seal the In Forma Pauperis ("IFP") Application at Dkt. 87 or, in the alternative, to permit targeted redaction of sensitive financial information.

The IFP Application was submitted solely for administrative pro bono screening and was denied as moot. It bears no relevance to the merits of this action or any issue currently before the Court.

The filing contains personal financial information, the public disclosure of which serves no judicial purpose and implicates legitimate privacy concerns.

Thank you for Your Honor's time and consideration.

Respectfully,

/s/ Igor Brikman

Igor Brikman

---

Application granted. The Clerk of Court is respectfully directed to modify the viewing level for Plaintiff's IFP Application (Doc. 87) to the Sealed viewing level.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 87 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        January 8, 2026