<div style="border:1px solid black">

Application denied.

The Clerk of the Court is respectfully directed to terminate the letter motion pending at Doc. 93.

SO ORDERED.

_Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        January 13, 2026

</div>

**The Honorable Philip M. Halpern**
United States District Judge
Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

**Re: Letter Motion for Limited Redaction of Docket Entry 91**

**Case No. 7:23-cv-10749 (PMH) - Brikman v. Westchester Medical Center Advanced Physician Services, P.C., et al.**

Dear Judge Halpern:

Plaintiff respectfully moves for limited redaction of the portions of Docket Entry 91 that disclose precise personal financial information. These financial details were initially filed on the public docket as part of Plaintiff's IFP application and were subsequently sealed by the Court. Because the Court has already determined that the financial information warrants sealing, its reproduction in Docket Entry 91 places sealed material back into the public record, defeating the protective purpose of the Court's sealing order.

Plaintiff seeks narrow tailoring: only the specific figures reflecting account balances or income would be redacted. The remaining judicial reasoning, analysis, and outcome would remain fully accessible, while disclosure serves no adjudicative purpose.

Plaintiff is prepared to submit a proposed redacted version within three business days if the Court so requests.

Thank you for Your Honor's time and consideration.

Respectfully,

*/s/ Igor Brikman*

Igor Brikman