UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR BRIKMAN,

                              Plaintiff,

              -against-

WESTCHESTER MEDICAL CENTER ADVANCED
PHYSICIAN SERVICES, P.C., et al.,

                              Defendants.

ORDER

23-CV-10749 (PMH)

PHILIP M. HALPERN, United States District Judge:

On December 27, 2025, Plaintiff filed a "Request to Proceed in Forma Pauperis" (Doc. 87, "IFP Request") and "Application for the Court to Request Pro Bono Counsel" (Doc. 89, "Pro Bono Application"). On January 4, 2026, Plaintiff filed a letter motion to seal the IFP Request, as it contained "sensitive financial information." (Doc. 90, "Initial Request to Seal"). On January 9, 2026, the Court issued an Order denying Plaintiff's Pro Bono Application (Doc. 91, "Order Denying Pro Bono Counsel"), and subsequently, an Order granting Plaintiff's Initial Request to Seal (Doc. 92, "Order Granting Request to Seal").

On January 11, 2026, Plaintiff filed a letter motion requesting that the Court allow for limited redaction of certain sensitive financial information contained within the Order Denying Pro Bono Counsel (Doc. 93) ("Second Request to Seal"), which the Court denied by Order dated January 13, 2026 ("Order Denying Sealing") (Doc. 94). On January 15, 2026, Plaintiff filed a letter motion requesting that the Court "reconsider Dkt. 94" and "permit limited redaction of the precise financial figures in Dkt. 91." (Doc. 96).

Upon careful review and consideration of the foregoing filings, the Court GRANTS Plaintiff's request for reconsideration (Doc. 96), and upon reconsideration, GRANTS the Second Request to Seal. The Court's Order Denying Sealing (Doc. 94) is hereby vacated.

1

The Clerk of Court is respectfully directed to modify the viewing level for the Order Denying Pro Bono Counsel (Doc. 91) to the Sealed viewing level. Further, as Doc. 91 is now under seal, a redacted version of the Court's Order Denying Pro Bono Counsel (Doc. 91), with sensitive financial information redacted, will be filed publicly.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 96.

Dated: White Plains, New York
January 20, 2026

SO ORDERED:

_____
Philip M. Halpern
United States District Judge