UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR BRIKMAN,

                          Plaintiff,

             -against-

WESTCHESTER MEDICAL CENTER
ADVANCED PHYSICIAN SERVICES, P.C.,
et al.,

                          Defendants.

**ORDER**

23-CV-10749 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff filed, on February 8, 2026, his second application requesting that the Court appoint *pro bono* counsel. (Doc. 102). Plaintiff's prior request was denied because the Court determined that: i) Plaintiff had not made the requite showing to demonstrate that he is indigent; and ii) after application of the factors set forth in *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), the appointment of *pro bono* counsel was not appropriate and/or that Plaintiff's request was premature. (*See, e.g.* Doc. 98). The Court's previous decision on *pro bono* counsel denied Plaintiff's request "without prejudice to a renewed application later in the case." (*Id.* at 3).

The procedural posture of this case has not changed since Plaintiff's prior request was denied, on January 9, 2026, which also occurred during discovery. (Doc. 91, Doc. 98). Plaintiff has also again failed to demonstrate that he is indigent, which, as stated in the Court's previous Order "is sufficient for this Court to deny Plaintiff's request for *pro bono* counsel." (Doc. 98 at 3). Accordingly, Plaintiff's second application for *pro bono* counsel is likewise denied without prejudice to renewing at a later stage of the litigation. There is a case management conference scheduled for July 21, 2026, at which time Plaintiff may again make a request for *pro bono* counsel to assist with preparing for summary judgment. Plaintiff may also contact the City Bar Justice Center and specifically, its Federal *Pro Se* Legal Assistance Project to make an appointment and

1

request procedural assistance with this case. Plaintiff may access the City Bar Justice Center's webpage at the following link, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, or by phone number at (212) 382-4794.

## CONCLUSION

For the foregoing reasons, Plaintiff's motion for *pro bono* counsel is denied without prejudice to a renewed application later in the case.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 102.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:  White Plains, New York
        February 10, 2026

_____
Philip M. Halpern
United States District Judge