UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR BRIKMAN,

Plaintiff,

-against-

WESTCHESTER MEDICAL CENTER ADVANCED PHYSICIAN SERVICES, P.C., et al.,

Defendants.

**ORDER**

23-CV-10749 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on October 2, 2026. (Doc. 20). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on November 2, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on November 2, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to December 14, 2026 and directs that all of the materials required under Rules 6(A) and 6(B) shall be submitted by December 14, 2026.

The case management conference scheduled for November 12, 2026 is adjourned *sine die*.

Dated: White Plains, New York
November 10, 2026

Philip M. Halpern
United States District Judge